# United States Court of Appeals
## For the First Circuit

No. 21-1699

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS O. PÉREZ-GREAUX, T/N LUIS ORLANDO PÉREZ-GREAX,
Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on September 28, 2023, is amended as follows:

On page 2, line 18, replace "years" with "years'".

On page 21, line 19, omit "given".

On page 30, line 20, replace "years" with "years'".